# Court of Appeals
# of the State of Georgia

ATLANTA,    August 26, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2263.  MARCUS A. SURRETT v. UNITED AUTO ACCEPTANCE.**

United Auto Acceptance obtained a default judgment against Marcus Surrett. Surrett later moved for relief from the judgment under OCGA § 9-11-60 (d). The trial court denied the motion, and Surrett filed this direct appeal. An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Surrett's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/26/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*